**Dismissed and Memorandum Opinion filed February 12, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-14-00891-CV

## CURTIS JOHNSON, Appellant

## V.

## 8721 TOWN PARK COMMUNITIES, Appellee

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1054232**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 3, 2014. The notice of appeal was filed November 4, 2014. A partial clerk's record concerning indigency and the clerk's record were filed November 19, 2014. The record reflects appellant filed an affidavit to proceed without advance payment of costs on appeal. On November 12, 2014, the trial court signed an order sustaining a contest to

appellant's claim of indigence. Appellant did not file a motion challenging the trial court's order. *See* Tex. R. App. P. 20.1(j)(2).

On January 13, 2015, this court ordered appellant to pay the appellate filing fee on or before January 28, 2015, or the appeal would be dismissed. *See* Tex. R. App. P. 5. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.